# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Marco Rafiel Thomaselli
*Plaintiff(s)*

v.    Civil Action No. 1:18 cv 105

Commissioner Of Social Security Administration
*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other: Court ORDERS: Report and Recommendation be AFFIRMED and ADOPTED; Plaintiff's Objections are OVERRULED; Plaintiff's Motion for Summary Judgment is DENIED; Defendant's Motion for Summary Judgment is GRANTED; Plaintiff's Complaint is, DENIED and DISMISSED WITH PREJUDICE.

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge  Thomas S. Kleeh

Date: September 19, 2019

*CLERK OF COURT*
Cheryl Dean Riley
J. Musgrave

*Signature of Clerk or Deputy Clerk*